AARON D. FORD
  Attorney General
WILLIAM P. SHOGREN (Bar No. 14619)
  Deputy Attorney General
State of Nevada
100 N. Carson Street
Carson City, NV 89701-4717
(775) 684-1257 (phone)
Email: wshogren@ag.nv.gov

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL COTA,<br><br>         Plaintiff,<br><br>vs.<br><br>STARK, et al.,<br><br>         Defendants. | Case No. 3:22-cv-00003-RCJ-CLB<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| MICHAEL COTA,<br><br>         Plaintiff,<br><br>v.<br><br>DIRECTOR OF NURSING - ESP, et al.,<br><br>         Defendants. | Case No. 3:22-cv-00039-MMD-CSD |
| MICHAEL COTA,<br><br>         Plaintiff,<br><br>vs.<br><br>SANDRA ROSE THAYER,<br><br>         Defendant. | Case No. 3:21-cv-00466-RCJ-CSD |

Defendants, by and through counsel, Aaron D. Ford, Nevada Attorney General, and William P. Shogren, Deputy Attorney General, of the State of Nevada, Office of the Attorney General; and Plaintiff Michael Cota, *pro se*, under Rule 41(a)(1)(A)(ii), Federal

1

Rules of Civil Procedure, stipulate that the above-captioned actions shall be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

The Parties have resolved this matter in its entirety and agree that the Court may accordingly close the case, with prejudice. Any outstanding deadlines are considered moot.

DATED this 2 day of August, 2022.   DATED this 2nd day of August, 2022.

AARON D. FORD
Attorney General

_____   By: _____
MICHAEL COTA #1206075           William P. Shogren, (Bar No. 14617)
Plaintiff, *Pro Se*             *Attorneys for Defendant*

## ORDER

**IT IS SO ORDERED.** This matter is DISMISSED WITH PREJUDICE and the Clerk is directed to close the case.

DATED ___August 4___, 2022.

_____
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the State of Nevada, Office of the Attorney General, and that on August 4, 2022, I electronically filed the foregoing, **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**, via this Court's electronic filing system. Parties that are registered with this Court's electronic filing system will be served electronically. For those parties not registered, service was made by depositing a copy for mailing in the United States Mail, first-class postage prepaid, at Carson City, Nevada, addressed to the following:

Michael Cota #1206075
991 Tillman Lane
Gardnerville, NV 89460

/s/ Cary Kelly
An employee of the
Office of the Attorney General